1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

9 EASTERN DISTRICT OF CALIFORNIA

10

11 SUNIL SADASIVAN,

12                 Plaintiff,

13      v.

14 ALISSA EMMEL, et al.,

15                 Defendants.

16

Case No. 1:23-cv-00019-ADA-SAB

ORDER RE: STIPULATION FOR MODIFIED BRIEFING SCHEDULE

ORDER CONTINUING SCHEDULING CONFERENCE

(ECF Nos. 3, 5)

17

18      Plaintiff initiated this matter on January 3, 2023. (ECF No. 1.) The initial scheduling

19 conference is currently set for April 20, 2023. (ECF No. 3.)

20      On January 30, 2023, the parties filed a stipulation for modified briefing schedule. (ECF

21 No. 5.) The parties proffer Defendants intend to move to transfer venue to the District for the

22 District of Columbia, the parties have met and conferred, and seek to set a briefing schedule

23 which extends Defendants' responsive pleading deadline. The Court finds good cause exists to

24 grant the stipulated request, and shall also continue the scheduling conference.

25      Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

26 HEREBY ORDERED that:

27      1.     The parties' stipulation for modified briefing schedule (ECF No. 5) is GRANTED

28            and the briefing schedule is set as follows:

1    2.    Defendants' motion to transfer venue is due on or before **March 7, 2023**;

2    3.    Plaintiff's opposition shall be due on or before **March 31, 2023**;

3    4.    Defendants' reply shall be due on or before **April 14, 2023**;

4    5.    The scheduling conference currently set for April 20, 2023, is CONTINUED to

5          **October 12, 2023**, at **1:30 p.m.**, in **Courtroom 9**; and

6    6.    The parties shall file a joint scheduling report **seven (7) days** prior to the

7          scheduling conference.

8

9    IT IS SO ORDERED.

10   Dated:    **January 31, 2023**

     _____
     UNITED STATES MAGISTRATE JUDGE

2