# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SADASIVAN,<br><br>          Plaintiff,<br><br>     v.<br><br>ALISSA EMMEL, et al.,<br><br>          Defendants. | Case No. 1:23-cv-00019-ADA-SAB<br><br>ORDER GRANTING BRIAN SCOTT GREEN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 12) |

The Court has read and considered the application of Brian Scott Green, attorney for Plaintiff Sunil Sadasivan for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 12.) Having reviewed the application, Brian Scott Green's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **March 14, 2023**

UNITED STATES MAGISTRATE JUDGE

1