1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

11 SUNIL SADASIVAN,

Case No.  1:23-cv-00019-ADA-SAB

12      Plaintiff,

ORDER RE STIPULATION TO EXTEND
BRIEFING DEADLINES FOR MOTION TO
CHANGE VENUE

13   v.

14 ALISSA EMMEL, et al.,

(ECF No. 15)

15      Defendants.

16

17

18      Plaintiff initiated this action on January 3, 2023.  (ECF No. 1.)  On March 7, 2023,

19 Defendants filed a motion to change venue.  (ECF No. 9.)

20      On March 17, 2023, the parties filed a stipulated request to extend the briefing deadlines

21 on the motion to change venue.  (ECF No. 15.)  The parties proffer they require additional to file

22 the oppositional and reply briefs because both counsel for Plaintiff are currently outside of the

23 United States.  Further, the parties proffer Plaintiff has filed a Freedom of Information Act

24 request for information that is believed to be essential to the response to Defendants' motion and

25 Plaintiff requests additional time to review this information in anticipation of filing the

26 opposition.  The Court finds good cause exists to approve the stipulated request in this matter.

27      Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS

28 HEREBY ORDERED that:

1

1      1.      The opposition to the motion to change venue shall be filed no later than **May 19,**

2                **2023**; and

3      2.      Defendants' reply briefing shall be filed no later than **May 30, 2023**.

4

5  IT IS SO ORDERED.

6  Dated:   **March 20, 2023**

                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28