# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SADASIVAN,<br><br>            Plaintiff,<br><br>     v.<br><br>ALISSA EMMEL, et al.,<br><br>            Defendants. | Case No. 1:23-cv-00019-SAB<br><br>ORDER RE STIPULATION TO RESCHEDULE MOTION HEARING<br><br>(ECF Nos. 18, 20) |

On March 7, 2023, Defendants filed a motion to dismiss or, in the alternative, to transfer venue to the U.S. District Court for the District of Columbia. (ECF No. 9.) The District Judge reassigned the matter to this Court (ECF No. 16), and this Court reset the hearing on Defendant's motion for June 7, 2023. (ECF No. 18.)

On May 23, 2023, the parties submitted a stipulated request to continue the hearing date to June 28, 2023. (ECF No. 20.) The parties proffer counsel for Defendants has a scheduling conflict and has another hearing before a different judge of the Court and request that the hearing on Defendants' motion be continued to June 28, 2023. The Court finds good cause to grant the continuance.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Defendant's motion to dismiss or, in the alternative, to transfer venue

(ECF No. 9) is continued from June 7, 2023 to **June 28, 2023 at 10:00 a.m. in Courtroom 9** before Magistrate Judge Stanley A. Boone.

2. The briefing deadlines set on March 20, 2023 (ECF No. 17) remain unaltered.

IT IS SO ORDERED.

Dated: __**May 23, 2023**__

UNITED STATES MAGISTRATE JUDGE